IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

JASON GLASS

        Plaintiff,

v.

ATLANTIC CREDIT & FINANCE, INC.

        Defendant

Case No.:  16-CV-01794

**COMPLAINT AND JURY DEMAND**

Plaintiff, Jason Glass, (hereinafter "Plaintiff"), by and through his undersigned attorney, alleges against Atlantic Credit & Finance, Inc. (hereinafter "Defendant") as follows:

**PRELIMINARY STATEMENT**

This is an action for damages arising from Defendant's violations of the Fair Debt Collections Practices Act, 15 U.S.C. 1692, *et seq.* ("FDCPA").

**JURSIDICTION AND VENUE**

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331.

2. Venue is proper in this district under 28 U.S.C § 1391(b).

**PARTIES**

3. Plaintiff, Jason Glass, is a natural person, who at all relevant times has resided in the city of Newburgh, Indiana, Warrick County, and is a "consumer" as defined by 15 U.S.C. §1692a(3).

4. Defendant Atlantic Credit & Finance, Inc., is a foreign company, registered and doing business in the State of Indiana, with its corporate mailing address as 3353 Orange Avenue, Roanoke, VA 24012 and is a "debt collector" as defined by 15 U.S.C. §1692a(6).

**FACTUAL STATEMENT**

5. In March 2016, Defendant called Plaintiff at his place of employment in an attempt to collect an alleged consumer debt.

6. Upon receiving the call at work, Plaintiff advised Defendant not to contact him again at work as it could jeopardize his employment and he could get fired.

7. Despite advising Defendant not to call him at work, Defendant again contacted him at work on April 21, 2016 at 1:38 p.m.  Defendant called from (540) 772-7800.

8. The two calls to Plaintiff's place of employment in March and April were made to (812) 550-xxxx and (812) 853-xxxx.

9. The calls placed to Plaintiff's place of employment were known or should have been known by Defendant to be inconvenient to the Plaintiff.

10. The calls to Plaintiff's place of employment were improper since Defendant knew or had reason to know that Plaintiff's employer prohibited such communications.

11. Plaintiff clearly advised Defendant to cease communicating with him which request Defendant did not honor.

12. As a result of the foregoing actions, Plaintiff has been damaged and is entitled to relief.

**COUNT I**
**VIOLATIONS OF THE FAIR DEBT COLLECTIONS PRACTICES ACT, 15 U.S.C. §1692c(a)(1), §1692c(a)(3)**

13. Plaintiff repeats and realleges the prior paragraphs as if fully set forth herein.

14. Defendant is a debt collector within the meaning of 15 U.S.C. §1692a(6) and is subject to the provisions of the Act.

15.     Defendant's actions constitute violations and/or willful violations of §1692c(a)(1) and §1692c(a)(3), as well as any other applicable provisions of the Act, which have damaged Plaintiff.

**WHEREFORE**, Plaintiff, Jason Glass, respectfully requests judgment as follows:

a.     Declaring Defendant's actions to be violations and/or willful violations of The Fair Debt Collection Practices Act 15.U.S.C. §1692, *et seq*., including, without limitation, §1692C(a)(1) and §1692c(a)(3), and any other applicable provisions.

b.     Entering judgment in favor of Plaintiff against Defendant for actual damages, statutory damages, costs and attorneys fees under The Fair Debt Collection Practices Act 15.U.S.C. §1692, *et seq*.,

c.     Granting such other and further relief as may be just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated this 5th Day of July, 2016

Respectfully Submitted,

 s/ Jonathan L. Albright, Jr.
Albright and Albright, Attorneys at Law
5162 E. Stop 11 Road, Suite #4
Indianapolis, IN 46237
*Attorney for Plaintiff*